IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **04-cv-02478-AP**

IN RE:
DENNIS I. NELSON

                    Debtor(s)

DENNIS NELSON

                    APPELLANT

vs

GLEN R. ANSTINE, CHAPTER 7 TRUSTEE

                    APPELLEE

---

ORDER

---

Kane, Judge

Upon consideration of The Motion to Reconsider Order of Dismissal for Failure to Provide a Designation of Record on Appeal (doc. #13), filed July 26, 2005, it is

**ORDERED** that the motion is **DENIED**. Appellant should note that this Court's Order of Dismissal was mailed to him at his current address on April 21, 2005.

DATED at Denver, Colorado this 28th day of July, 2005.

                    BY THE COURT:

                    s/John L. Kane
                    JUDGE, UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO